UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CPM CORPORATION LIMITED,

                Plaintiff,

- against -

ELFRA LTD.,

                Defendant.
------------------------------------------------------------------X

JUDGE HOLWELL

07 CV 7336

ECF CASE

**DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: August 16, 2007
       Southport, CT

                The Plaintiff,
                CPM CORPORATION LIMITED

                By: _____
                Nancy R. Peterson (NP 2871)
                Patrick F. Lennon (PL 2162)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                nrp@lenmur.com
                pfl@lenmur.com