RECEIVED
OCT 22 2007
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CPM CORPORATION LIMITED,

                Plaintiff,                07 Civ. 07336 (RJH)

- against -                                  ECF CASE

ELFRA LTD. and SARNICO TRADING S.A.,

                Defendants.
----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance by any of the Defendants, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The maritime attachment in this matter pursuant to Supplemental Admiralty Rule B is hereby vacated and, as requested by Defendant, all garnishee banks, including but not limited to, Deutsche Bank, are directed to immediately release all funds attached pursuant to the Ex-Parte Order(s) of Maritime Attachment issued herein, to STRONGTEC SYSTEM LTD.

Dated: October 19, 2007
New York, NY

                                        The Plaintiff,
                                        CPM CORPORATION LIMITED,

                                        By: _____
                                        Nancy R. Peterson (NP 2871)
                                        LENNON, MURPHY & LENNON, LLC
                                        The GrayBar Building
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        Phone (212) 490-6050
                                        Fax (212) 490-6070
                                        nrp@lenmur.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

SO ORDERED:

_____
U.S.D.J. 10/24/07